### Petition for Reinstatement from Inactive Status.

#### No. 89 DB 2005.

Supreme Court of Pennsylvania.

June 20, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of June, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 1, 2006, the Petition for Reinstatement from Inactive Status is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

■

### In the Matter of Martin Luther CARTER.

#### No. 1156 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 20, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of June, 2006, Martin Luther Carter, a member of the Bar of this Commonwealth, having been transferred to disability status in Connecticut by Order of the Superior Court of Connecticut, Judicial District of New London, dated March 9, 2006, it is hereby

ORDERED that the status of Martin Luther Carter be immediately modified from inactive status pursuant to Rule 219, Pa.R.D.E., to inactive status pursuant to Rule 301(c), Pa.R.D.E., for an indefinite period and until further Order of the Court. Respondent shall comply with all the provisions of Rule 217, Pa.R.D.E.